IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-425-D

| | | |
|---|---|---|
| CYBER IMAGING SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EYELATION, LLC, and<br>BRAD KIRSCHNER, | ) | |
| Defendants. | ) | |

On June 13, 2013, Cyber Imaging Systems, Inc., ("Cyber" or "plaintiff") filed a motion requesting a temporary restraining order ("TRO") and a preliminary injunction against Eyelation, LLC, ("Eyelation") and Brad Kirschner ("Kirschner") (collectively "defendants") [D.E. 8]. On June 21, 2013, Cyber moved to withdraw the TRO motion [D.E. 21]. The motion to withdraw is granted.

On June 13, 2013 Cyber moved to seal exhibits 14–16 and 23 attached to its complaint [D.E. 7]. On June 19, 2013, defendants moved to seal a portion of their response to plaintiff's TRO motion [D.E. 15]. The parties have identified the interests that would be served by restricting public access to those documents that are sufficiently compelling to overcome the common law and First Amendment presumption to access. No less restrictive alternative to sealing exists, and the public has had adequate notice. Accordingly, Cyber's motion to seal exhibits 14–16 and 23, and defendants' motion to seal a portion of their response to Cyber's TRO motion are granted.

In sum, Cyber's motion to withdraw [D.E. 21], Cyber's motion to seal [D.E. 7], and defendants' motion to seal [D.E. 15] are GRANTED. Cyber's TRO motion [D.E. 8] is WITHDRAWN.

SO ORDERED. This 24 day of June 2013.

                                          JAMES C. DEVER III
                                          Chief United States District Judge