IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-00425

| | |
|---|---|
| CYBER IMAGING SYSTEMS, INC. | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| EYELATION, LLC and BRAD KIRSCHNER individually, | ) ) ) |
| Defendants. | ) |

## AGREED MOTION TO STAY THIS CASE PENDING THE ARBITRATION

Plaintiff filed this case on June 12, 2013. Defendant filed a motion to dismiss on July 3, 2013. The parties have met and discussed both this case and the pending Arbitration and believe it is in the best interest of judicial economy to stay this case pending the decision in the Arbitration. There is a likelihood that the Arbitration decision will -- either legally or pragmatically -- make this case moot. The Arbitration hearing was completed on July 19, 2013, post-hearing briefs are due August 16th, and there are no responsive briefs. The parties expect a decision by early September. Plaintiff agrees that by agreeing to a stay, Defendants do not waive any rights, including the right to pursue the motion to dismiss.

In light of the foregoing the parties respectfully request that this case be stayed pending the decision in the Arbitration.

Respectfully submitted this 26th day of July, 2013.

/s/ Chris Kennedy
Chris Kennedy
Attorney for Plaintiff
McGuire Woods LLP
434 Fayetteville Street
Suite 2600
Raleigh, NC 27604
ckennedy@mcguirewoods.com
Phone: 919.755.6673
Fax: 919.755.6598
State Bar No. 24350
Local Civil Rule 83.1 Counsel

/s/ Tejal P. Fowler
Tejal P. Fowler #6283711
Lee F. Grossman #6192977
Mark M. Grossman #6208323
Attorneys for Plaintiff
Grossman Law Offices
225 W. Washington St.
Suite 2200
Chicago, IL 60602
tfowler@grossmanlegal.com
Phone: (312) 621-9000
State Bar No. #6283711