IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00425

| | |
|---|---|
| CYBER IMAGING SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| EYELATION, LLC and ) | |
| BRAD KIRSCHNER individually, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING AGREED MOTION TO STAY THIS CASE

The Court, having considered the Agreed Motion to Stay This Case and good cause having been shown,

IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED. This **31** day of July 2013.

JAMES C. DEVER III
Chief United States District Judge